| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* M-05-271-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jose Guerrero | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION McAllen |
|---|---|---|
| FILED JUN 24 2008 TC June 24, 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | NAME OF SENTENCING JUDGE HONORABLE RANDY CRANE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 31, 2008 — TO March 30, 2011 |

**OFFENSE**

Possession, with intent to distribute, 17.20 kilograms of cocaine, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2.

JUDGE GETTLEMAN

MAGISTRATE JUDGE NOLAN

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this Court. See 18 U.S.C. 3605.

08CR 502

May 21 2008
*Date*

*/s/ Randy Crane*
Randy Crane
United States District Judge

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JUN 2 3 2008
*Effective Date*

United States District Judge